No. 87–13. CHARLTON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 87–17. COWAN ET AL. *v.* MYERS, ACTING DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied. ▆

No. 87–18. CAHOKIA MARINE SERVICE, INC., ET AL. *v.* AMERICAN BARGE & TOWING CO. ET AL. C. A. 8th Cir. Certiorari denied. ▆

No. 87–20. KASHANI *v.* PURDUE UNIVERSITY ET AL.; and
No. 87–68. PURDUE UNIVERSITY ET AL. *v.* KASHANI. C. A. 7th Cir. Certiorari denied. ▆

No. 87–21. MORGAN ET AL. *v.* ST. JOSEPH TERMINAL RAILROAD CO. ET AL. C. A. 8th Cir. Certiorari denied. ▆

No. 87–22. OSBORNE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▆

No. 87–25. NORTHERN IMPROVEMENT CO. ET AL. *v.* UNITED STATES; and
No. 87–60. MCCORMICK *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. ▆

No. 87–26. STUBBS *v.* UNITED STATES (two cases). Ct. Mil. App. Certiorari denied. ▆

No. 87–27. THIER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. ▆

No. 87–30. SISSON *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▆

No. 87–33. WIEDEMANN & FRANSEN, A. P. L. C. *v.* HOLLYWOOD MARINE, INC. C. A. 5th Cir. Certiorari denied. ▆

No. 87–35. PALMER *v.* CITY OF SEATTLE. Ct. App. Wash. Certiorari denied.